# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Curtis J. Meiers and Susan L. Meiers

Chapter 7 Case No. 09-36335

Please Check One:
- ☐ Unclaimed Dividends
- ☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 3 | 503.56 | 1.47 |

Date: March 21, 2011

_____
Trustee